STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MADHUBABU SANDARA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services,<br><br>    Defendant. | CASE NO. 4:22-cv-4334 DMR<br><br>**JOINT STATUS REPORT AND STIPULATION TO PROPOSED SCHEDULE FOR PLAINTIFFS' AMENDED COMPLAINT; ORDER**<br><br>Hon. Donna M. Ryu |

On October 17, 2022, this Court issued an Order directing the parties to submit a joint report regarding the status of this case. *See* ECF 16. Pursuant to the Court's order, Plaintiffs and Defendant, through their undersigned counsel, submit the following status report.

On July 27, 2022, Plaintiffs filed this Complaint challenging Defendant U.S. Citizenship and Immigration Services' ("USCIS") adjudication of their Forms I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. Defendant was served with the Complaint on August 1, 2022. On August 19, 2022, Plaintiffs filed a Motion for Preliminary Injunction. Dkt. No. 19. On August 24, 2022, Defendant notified Plaintiffs that USCIS had issued Requests for Evidence ("RFE") on Plaintiffs' I-485 applications. On September 1, 2022, Plaintiffs withdrew their Motion for Preliminary Injunction. Dkt. No. 12. Counsel for the parties conferred about this case on September 6–9, 2022.

On September 19, 2022, Plaintiffs' counsel informed Defendant's counsel that they intend to file an amended complaint and a motion for temporary restraining order. On September 23, 2022, Plaintiffs proposed that the parties stipulate to a schedule for Plaintiffs' amended complaint and a motion for partial summary judgment. Defendant agreed and, on September 26, 2022, Defendant's counsel sent to Plaintiffs' counsel a draft stipulation for their approval. On September 29, 2022, Plaintiffs informed Defendant that they will not stipulate to a schedule and, instead, Plaintiffs intend to file an amended complaint and motion for temporary restraining order.

Defendant's counsel filed a notice of appearance on September 30, 2022, Dkt. No. 13, and a consent to magistrate jurisdiction on October 7, 2022, Dkt. No. 15, to ensure that Defendant received notice when Plaintiffs file the amended complaint and emergency motion. To date, Plaintiffs have not yet filed an amended complaint. The parties apologize to the Court for the inadvertent failure to submit the required filings or provide the Court with a case status report prior to the Court's order on October 17, 2022.

The parties have conferred and hereby stipulate and respectfully request the Court to grant the parties' proposed schedule for the filing of Plaintiffs' amended complaint. The parties have agreed to the following schedule, subject to the Court's approval:

1. By October 28, 2022, Plaintiffs will file an amended complaint.
2. By December 1, 2022, Defendant will file their response to Plaintiff's amended complaint.

The parties respectfully request that the Court adopt the above-proposed schedule and enter a scheduling order reflecting the same.

Dated: October 25, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendant*

1  Dated: October 25, 2022

2                                 */s/ Bernard P. Wolfsdorf*
                                BERNARD P. WOLFSDORF
                                *Attorney for Plaintiffs*

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED. The following schedule shall apply:

October 28, 2022           Plaintiffs' Amended Complaint

December 1, 2022           Defendant's Response

Date: October 27, 2022

                                                   _____
                                                   DONNA M. RYU.
                                                   United States Magistrate Judge